

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00104-CR

Hector Edmundo **PINTO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2005CR1598
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appointed counsel's motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED.

SIGNED October 2, 2013.

Marialyn Barnard, Justice